■ In the Matter of KIM RAND, Also Known as KIM RAND CHAVES, Respondent, v 610 SMITH STREET CORPORATION et al., Appellants. [16 NYS3d 736]—

Judgment, Supreme Court, New York County (O. Peter Sherwood, J.), entered October 15, 2014, inter alia, awarding petitioner a sum of money for the fair value of her shares in respondent 610 Smith Street Corporation, and awarding her fees and expenses, unanimously affirmed, with costs.

The trial court's valuation of petitioner's shares in respon-

dent 610 Smith Street Corporation is amply supported by the record (*see Matter of Cohen v Four Way Features*, 240 AD2d 225 [1st Dept 1997]). The court was not bound to accept respondents' expert's estimate of $6.1 million for the environmental remediation of the corporation's sole asset, a commercial warehouse in Brooklyn, for which there is no other basis in the record; the court's finding that $1 million is the correct estimate is supported by the trial evidence. The trial court properly awarded fees and costs to petitioner pursuant to Business Corporation Law § 623 (h) (7).

We have considered respondents' remaining contentions and find them unavailing. Concur—Tom, J.P., Acosta, Moskowitz and Richter, JJ.